IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

ANTHONY BROWN,

    Plaintiff,

v.                                                   Civil Action No. 5:24-cv-00152
                                                      Hon. Frank W. Volk, Judge

BETSY JIVIDEN, individually as a
former employee of the West Virginia
Division of Corrections and Rehabilitation;
MICHAEL FRANCIS, individually as a
former employee of the West Virginia
Division of Corrections and Rehabilitation;
LARRY WARDEN, individually as a
former employee of the West Virginia
Division of Corrections and Rehabilitation;
BRAD DOUGLAS, individually as a
former employee of the West Virginia Division
of Corrections and Rehabilitation;
JEFF S. SANDY, individually as a
former employee of the West Virginia
Department of Homeland Security;
JUSTIN MULLINS, individually as an
employee of the West Virginia Division
of Corrections and Rehabilitation;
MICHAEL PACK, individually as an
employee of the West Virginia Division
of Corrections and Rehabilitation;
JEREMY RICHMOND, individually
as an employee of the West Virginia
Division of Corrections and Rehabilitation;
HAROLD WITHROW, individually as an
employee of the West Virginia Division
of Corrections and Rehabilitation;
NICK BURTON, individually as an
employee of the West Virginia Division
of Corrections and Rehabilitation; and
JOHN/JANE DOE CORRECTIONAL
OFFICERS,

    Defendants.

## AFFIDAVIT OF DAKOTA HOOD

STATE OF WEST VIRGINIA,

COUNTY OF RALIEGH

I, Dakota Hood, duly sworn, make oath upon my knowledge as follows:

1. I am a Lieutenant employed at Southern Regional Jail and Correctional Facility in Beaver, West Virginia.

2. The West Virginia Division of Corrections and Rehabilitation has available administrative remedies for inmates to challenge aspects of their confinement. (Policy Directive 335.00, Inmate Grievance Procedure, versions effective October 8, 2021 and May 27, 2022).

3. Based on my review of records, inmate Anthony Brown did not submit any grievances related to an assault at Southern Regional Jail on March 26, 2022.

4. Based upon available records, inmate Anthony Brown was incarcerated at Western Regional Jail on May 9, 2024.

AND FURTHER AFFIANT SAYETH NOT.

_____
Dakota Hood
Southern Regional Jail and Correctional Facility

Sworn and subscribed to before me this 26th day of August, 2024.

My commission expires: September 19, 2029

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Brianna Coley
Southern Regional Jail
1200 Airport Road, Beaver, WV
My Commission Expires September

_____
NOTARY PUBLIC

[SEAL]

Page **2** of **2**