# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY DIVISION

**ANTHONY BROWN,**

    **Plaintiff,**

**v.**                                                **Civil Action No. 5:24-cv-00152**
                                                          **Hon. Frank W. Volk, Judge**

**BETSY JIVIDEN, et al.,**

    **Defendants.**

### DEFENDANT MICHAEL PACK'S MOTION TO DISMISS
### PLAINTIFF'S FIRST AMENDED COMPLAINT

**NOW COMES** Defendant Michael Pack ("C.O. Pack"), by counsel, Natalie C. Schaefer, Kimberly M. Bandy, and Shannon M. Rogers, and the law firm of Shuman McCuskey Slicer PLLC, and requests that Plaintiff's First Amended Complaint be dismissed against him pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief may be granted.

Plaintiff's claims against C.O. Pack were filed outside the applicable statutes of limitations, and his Amended Complaint does not relate back to the initial Complaint. Plaintiff's initial Complaint was filed on March 26, 2024, just as the applicable two-year statute of limitations was expiring. (ECF No. 1). Michael Pack was not identified as a Defendant in the initial Complaint. On May 9, 2024, Plaintiff filed his First Amended Complaint which identified C.O. Pack for the first time. (ECF No. 23). The Amended Complaint is untimely and should be dismissed.

Additionally, pursuant to the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), the Plaintiff failed to exhaust all administrative remedies, thereby barring all claims. Plaintiff failed to

satisfy the requirements set forth by WVDCR policy and failed to exhaust all administrative remedies related to the assault on March 26, 2022.

Moreover, the Amended Complaint fails to allege any plausible claims against C.O. Pack because it contains no factual support for any claim against C.O. Pack.

Finally, C.O. Pack is entitled to qualified immunity with respect to the claims of constitutional violations, and under West Virginia law with respect to the negligence claims. Correctional Officer Pack submits his Memorandum of Law contemporaneously with this Motion in further support of the relief requested.

**WHEREFORE**, Michael Pack requests that his Motion to Dismiss be granted, that the Amended Complaint be dismissed against him, with prejudice, and for such other and further relief as the Court may direct.

**MICHAEL PACK**
**by counsel,**

*/s/ Kimberly M. Bandy*
Natalie C. Schaefer, Esq. (WVSB #9103)
Kimberly M. Bandy, Esq. (WVSB #10081)
Shannon R. Rogers, Esq. (WVSB #13920)
Shuman McCuskey Slicer PLLC
1411 Virginia Street, East, Suite 200
Post Office Box 3953
Charleston, WV 25339-3953
(304) 345-1400; Fax: (304) 343-1826
nschaefer@shumanlaw.com
kbandy@shumanlaw.com
srogers@shumanlaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### BECKLEY DIVISION

**ANTHONY BROWN,**

    **Plaintiff,**

**v.**                                                     **Civil Action No. 5:24-cv-00152**
                                                         **Hon. Frank W. Volk, Judge**

**BETSY JIVIDEN, et al.,**

    **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel for Michael Pack, hereby certifies that on this 27th day of August, 2024, the foregoing ***Defendant Michael Pack's Motion to Dismiss Plaintiff's First Amended Complaint*** was electronically filed with the Clerk of the Court using the Case Management/Electronic Case Files (CM/ECF) system, which will send notification of such filing to current CM/ECF participants.

                                                                        */s/ Kimberly M. Bandy*
                                                                        Natalie C. Schaefer, Esq. (WVSB #9103)
                                                                         Kimberly M. Bandy, Esq. (WVSB #10081)
                                                                         Shannon R. Rogers, Esq. (WVSB #13920)
                                                                         Shuman McCuskey Slicer PLLC
                                                                         1411 Virginia Street, East, Suite 200
                                                                         Post Office Box 3953
                                                                         Charleston, WV 25339-3953
                                                                         (304) 345-1400; Fax: (304) 343-1826
                                                                         nschaefer@shumanlaw.com
                                                                         kbandy@shumanlaw.com
                                                                         srogers@shumanlaw.com